**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alkawaa Mohanad,<br><br>　　　　Petitioner,<br>　vs.<br><br>Michael B. Mukasey, et al.,<br><br>　　　　Respondents. | No. CV-08-0601-PHX-PGR (DKD)<br><br>ORDER |

　　Pending before the Court is the petitioner's habeas petition, filed pursuant to 28 U.S.C. § 2241, wherein he seeks release from immigration detention pending his removal to Palestine. On August 25, 2008, Magistrate Judge Duncan issued a Report and Recommendation, to which no party has filed any objection, wherein he recommends that the habeas petition be denied because the record then reflected that there was a significant likelihood of the petitioner's removal in the reasonably foreseeable future. On November 14, 2008, the respondents filed a status report (doc. #22) wherein they establish that the petitioner was removed from the United States on October 7, 2008. Having reviewed the Report and Recommendation *de novo*, the Court finds that the habeas petition should be denied as moot given the petitioner's removal.

　　IT IS THEREFORE ORDERED that the Magistrate Judge's Report and

Recommendation (doc. #19) is adopted to the extent that it concludes that this action should be dismissed.

IT IS FURTHER ORDERED that the petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is denied as moot and that this action is dismissed with prejudice. The Clerk of the Court shall enter judgment accordingly.

DATED this 17th day of November, 2008.

Paul G. Rosenblatt
United States District Judge